# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Nationwide Property & Casualty Insurance Company,<br><br>*Plaintiffs*<br><br>v.<br><br>Todd Pruette, as Guardian Ad Litem of EM, a minor child; Lisa Armstrong,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   6:18-cv-01852-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiff's motion for declaratory judgment is granted.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   January 17, 2019                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                           s/Ashley Buckingham
                                                                  *Signature of Clerk or Deputy Clerk*